Khurram **AFZAL,** Plaintiff–Appellant,

v.

**UNITED STATES,** Defendant–Appellee.

No. 2009–5079.

United States Court of Appeals,
Federal Circuit.

May 22, 2009.

Khurram Afzal, Fullerton, CA, for Plaintiff–Appellant.

Steven M. Mager, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

The order of dismissal and the mandate having been issued in error,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's May 20, 2009 dismissal order is vacated, the mandate is recalled, and the notice of appeal is reinstated.

(2) Respondent's brief is due on or before June 12, 2009.